UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: ED16-371M |
| Plaintiff, | ) ) | ORDER OF DETENTION PENDING FURTHER REVOCATION |
| v. | ) | PROCEEDINGS |
| FRANK PAUL TURNER, JR. | ) ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Defendant. | ) ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the EASTERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    ( ) other:_____

1

|   |   |   |
|---|---|---|
| 1 | | and/ or |
| 2 | B. (X) | The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: |

(X)   information in the Pretrial Services Report and Recommendation

(X)   information in the violation petition and report(s)

(X)   the defendant's nonobjection to detention at this time

( )   other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: September 8, 2016

_____
KENLY KIYA KATO
United States Magistrate Judge